IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLACKBIRD TECH LLC d/b/a BLACKBIRD TECHNOLGIES,<br><br>    Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>    Defendant | C.A. No. 14-cv-1157 LPS<br><br>JURY TRIAL DEMANDED |

## JOINT STIPULATION AND REQUEST FOR ORDER OF DISMISSAL

IT IS HEREBY STIPULATED by and between Plaintiff Blackbird Tech LLC d/b/a Blackbird Technologies and Defendant Amazon.com, Inc. that all claims in Plaintiff's Complaint in the above-captioned action are hereby dismissed with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: February 18, 2015

| | |
|---|---|
| STAMOULIS & WEINBLATT LLC | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Stamatios Stamoulis* | */s/ Michael Flynn* |
| Stamatios Stamoulis #4606 | Karen Jacobs (#2881) |
|   *stamoulis@swdelaw.com* | Michael Flynn (#5333) |
| Richard C. Weinblatt #5080 | 121 North Market Street |
|   *weinblatt@swdelaw.com* | P.O. Box 1347 |
| Two Fox Point Centre | Wilmington, DE 19899 |
| 6 Denny Road, Suite 307 | (302) 658-9200 |
| Wilmington, DE 19809 | kjacobs@mnat.com |
| (302) 999-1540 | mflynn@mnat.com |
| | |
| *Attorneys for Plaintiff Blackbird Tech LLC d/b/a Blackbird Technologies* | *Attorneys for Defendant Amazon.com, Inc.* |

SO ORDERED this ___ day of _____, 2015.

                                                UNITED STATES DISTRICT JUDGE